## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Nabaala Claxton                                    CHAPTER 13
                Debtor(s)

                                            BKY. NO. 25-15154 DJB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of ROCKET MORTGAGE, LLC F/K/A
QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC. and index same on the master
mailing list.

                                    Respectfully submitted,

/s/ *Matthew Fissel*
_____
Matthew Fissel
05 Feb 2026, 12:39:20, EST

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322