United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 25-15154-djb

Nabaala Claxton                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 155 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol         Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nabaala Claxton, 2815 Garrett Road, Drexel Hill, PA 19026-2213 |
| 15088033 | + | Bank of America, c/o Jill Manuel-Coughlin, Esq., 8 Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 15085407 | + | Dunne Law Offices, PC, 1515 Market Street 1200, Philadelphia, PA 19102-1932 |
| 15101348 | + | Rocket Mortgage, LLC, f/k/a Quicken Loans, LLC f/k/a Quicken L, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15085418 | | TD Bank/Raymour & Flanigan, Attn: Bankruptcy 1701 Rt. 70 East, Cherry Hill, NJ 08003 |
| 15091898 | + | USAA Federal Savings Bank, Consumer Payment Processing, Robertson, Anschutz, Schneid,Crane & Par, PO Box 272310, Boca Raton, FL 33427-2310 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15085394 | | Email/Text: bncnotifications@pheaa.org | Apr 10 2026 00:26:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15085395 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 10 2026 00:26:00 | Bank Of America, Attn: Bankruptcy Claims, 475 Cross Point Pkwy. PO Box 9000, Getzville, NY 14068-9000 |
| 15107918 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 10 2026 00:29:09 | Bank of America, N.A., PO Box 660933, Dallas TX 75266-0933 |
| 15107589 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 10 2026 00:26:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15085396 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 10 2026 00:26:00 | Barclays Bank Delaware, Attn: Bankruptcy 125 South West St, Wilmington, DE 19801-5014 |
| 15085397 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15085398 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15085399 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 15085400 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:04 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15085401 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:04 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 15085402 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 00:26:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15085403 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 00:26:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15085404 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 00:26:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box |

| | | | |
|---|---|---|---|
| | | | 182125, Columbus, OH 43218-2125 |
| 15085405 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2026 00:29:00 | Credit One Bank, Attn: Bankruptcy Department, PO Box 60500, City of Industry, CA 91716-0500 |
| 15085408 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:56:23 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15085406 | + Email/Text: mrdiscen@discover.com | Apr 10 2026 00:26:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 15103655 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15090648 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 10 2026 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15103758 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 00:26:00 | Jefferson Capital Systems, LLC, Po Box 772813, Chicago IL 60677-2813 |
| 15105887 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15085409 | + Email/Text: ext_ebn_inbox@navyfederal.org | Apr 10 2026 00:27:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 15094523 | + Email/Text: bncnotifications@pheaa.org | Apr 10 2026 00:26:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15107476 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 00:29:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12914, Norfolk, VA 23541 |
| 15106972 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 00:29:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15085410 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 10 2026 00:26:00 | Rocket Mortgage, Attn: Bankruptcy 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15106648 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 10 2026 00:26:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15085411 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15085412 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15085413 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15085414 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15085415 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:17 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15085416 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15085417 | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 00:29:17 | Synchrony/CareCredit, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 15085419 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 10 2026 00:26:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 9013, Addison, TX 75001-9013 |
| 15091493 | + Email/Text: RASEBN@raslg.com | Apr 10 2026 00:26:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 15085420 | + Email/Text: bkelectronicnotices@usaa.com | Apr 10 2026 00:26:00 | USAA Federal Savings Bank, Attn: Bankruptcy 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
| 15085421 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 155 | Total Noticed: 43 |

| | Apr 10 2026 00:29:17 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
|---|---|---|

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15090870 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                         Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JILL MANUEL-COUGHLIN | on behalf of BANK OF AMERICA  N.A bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nabaala Claxton bestcasestephen@gmail.com  DunneLawOfficesPC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:            )
 Nabaala Claxton       )   Case No. 25–15154–djb
             )
             )
 Debtor(s).         )   Chapter: 13
             )
             )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

 **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

 **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

 **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

 **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 9, 2026         For The Court

                 Derek J Baker
                 Judge, United States Bankruptcy Court